

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:        *Christian Sauder v. The State of Texas*

Appellate case number:    01-19-00239-CR

Trial court case number:   16-CCR-187341

Trial court:                       County Court at Law No. 1 of Fort Bend County

Date motion filed:            September 9, 2020

Party filing motion:          Appellant

        It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Evelyn V. Keyes
                ☐ Acting Individually ☒ Acting for the Court

En Banc Court consists of: Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.


Date:  December 29, 2020